# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

131528

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARGARET ZARAZUA and GILBERTO
ZARAZUA,
      Plaintiffs-Appellants,

v

LEITELT IRON WORKS, INC., and GRAND
RAPIDS MACHINE REPAIR, INC.,
      Defendants-Appellees,

and

LINK SYSTEMS, INC., and RIVER CITY
ELECTRONICS CO.,
      Defendants.

SC: 131528
COA: 266022
Kent CC: 02-004620-NO

_____/

      On order of the Court, the application for leave to appeal the May 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

s0319

Clerk